UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | Case No. 4:08-cr-14 |
| vs. ) | |
| ) | MATTICE/CARTER |
| JIMMY NEAL ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on January 14, 2013, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Michael E. Stuart and the Warrant for Arrest issued by U.S. District Harry S. Mattice, Jr. Those present for the hearing included:

    (1)    AUSA Chris Poole for the USA.
    (2)    Defendant JIMMY NEAL.
    (3)    Attorney Anthony Martinez for defendant.
    (4)    Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant waived his right to a preliminary hearing and detention hearing.

AUSA Poole moved defendant be detained pending a hearing to determine whether his term of supervision should be revoked.

1

<u>Findings</u>

(1) Based upon U.S. Probation Officer Stuart's petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

It is ORDERED:

(1) The defendant shall appear in a revocation hearing before U.S. District Judge Harry S. Mattice, Jr.

(2) The motion of AUSA Poole that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Mattice is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Mattice on **Monday, January 28, 2013, at 2:00 pm.**

ENTER.

                                      S/*William B. Mitchell Carter*
                                      UNITED STATES MAGISTRATE JUDGE